Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LOUIS HUBSHMAN, Appellant, v. BROADWEST REALTY CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

NELLIE SHEEHAN, Respondent, v. THE EAST 98TH STREET CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THOMAS SHEEHAN, Respondent, v. THE EAST 98TH STREET CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

A. L. READE & Co., INC., Respondent, v. THE LIBERTY FIRE INSURAN,CE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HAMILTON TRUST COMPANY OF PATERSON, NEW JERSEY, Appellant, v. JOHN A. TURNER, Respondent, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HAMILTON TRUST COMPANY OF PATERSON, NEW JERSEY, Appellant, v. JOHN A. TURNER, Respondent, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOSEPH SCHWARTZ, as Administrator, etc., of ADELE SCHWARTZ, Deceased, Respondent, v. C. R. MACAULEY Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MAURICE BRILL and Another, Appellants, v. MARIA R. FRIEDHOFF, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

URBAN TRANSIT COMPANY, INC., Respondent, v. NATIONAL SURETY COMPANY, Appellant. LOUIS L. DRIGGS and Another, as Ancillary Receivers, etc., Intervenors, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HARRY WALTERS, Respondent, v. CLAIREMONT STERILIZED EGG COMPANY and Others, Defendants, Impleaded with WILLIS G. HOWARD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.; Clarke, P. J., and Dowling, J., dissent.

MATILDA ROSE ALLCOTT, Respondent, v. INTERBOROUGH TRANSFER Co., INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $12,126.45; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOSEPH ALLCOTT, Respondent, v. INTERBOROUGH TRANSFER Co., INC., Appel-